**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

IN RE: PAULETTE NICOLE HADEN                    Case No. 26-10152-NWW
                                                 Chapter 13
            Debtor(s)

---

### TRUSTEE'S OBJECTION TO CONFIRMATION

---

The Trustee objections to confirmation of the plan for the following reason(s):

☐    1.  The plan, as proposed, is not feasible for the following reasons:

☐        a.  The proposed plan exceeds 60 months. To be feasible, the plan payment instead needs to be $_____ per ____.

☐        b.  Insufficient plan payments to pay secured creditors. The plan needs $_____ per ___.

☐        c.  The debtor(s) does/do not have sufficient income to fund the plan.

☐    2.  The debtor(s) has/have failed to make plan payments to the Trustee, pending confirmation of the plan;

☐    3.  The debtor(s) has/have not proposed the plan in good faith or has/has proposed it by means forbidden by law;

☐    4.  The plan discriminates unfairly against a particular class, or with regard to the treatment of different claims within the same class;

☐    5.  The value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7 as required under 11 USCA § 1325(a)(4);

☐    6.  The exemptions designated by the debtor(s) in their schedules exceed that allowable under applicable law;

☑    7.  The debtor(s) has/have failed to attend the original or adjourned meeting of creditors; *2 times*

☐    8.  The attorney fee for counsel for the debtor(s) appears to be excessive and the Trustee objects to its allowance. The Trustee requests that the court make inquiry and adjustment as allowed under 11 USCA § 330(a)(2). The Trustee suggests a fee of $_____;

☐    9.  The debtor(s) has/have failed to file with the Trustee copies of all payment advices or other evidence of payment received within 60 days before the date of filing, as required by 11 USCA § 521(a)(1)(B)(iv);

☐    10. The debtor(s) has/have not committed all of his/her/their disposable income to the plan as required by 11 USCA § 1325(b) and/or has not committed all of his/her/their disposable income for the required commitment period;

☐    11. Other:

☑    **ALL OBJECTIONS TO CONFIRMATION SHALL BE HEARD AT:**
     **1:00 P.M. ON 4/9/2026**

                                    _Tracey L. West for_
                                    **Kara L. West, Trustee**
                                    **DATED: MARCH 23, 2026**