

**SO ORDERED.**
**SIGNED this 15th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_Nicholas W. Whittenburg_
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Paulette Nicole Haden** | ) | **No. 1:26-bk-10152-NWW** |
| | ) | **Chapter 13** |
| **Debtor** | ) | |

### ORDER

This case is before the court on an objection to confirmation filed by Y-12

Federal Credit Union. Doc. no. 38. That objection is scheduled to be heard on June 4,

2026, but subsequent to its filing, the debtor proposed an amended plan. Doc. no. 41.

The filing of that plan moots the objection to the debtor's prior plan. Accordingly, it is

ORDERED that the objection to confirmation filed by Y-12 Federal Credit Union,

is OVERRULED AS MOOT.

# # #